(April 25, 1955.)

∎

CASS CARR, Appellant, v. JOHN E. HOY, Individually and as Sheriff of Westchester County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 968.]

∎

FRED KASSEBAUM, Appellant, v. LILLIAN PETERS, Also Known as LILYANNE KASSEBAUM, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P.J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 907.]

∎

LILLY SCHMITT, as Administratrix of the Estate of OLGA MULLER, Deceased, Respondent, v. JOSEPH PIETRANGELO, Appellant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P.J., Schmidt, Beldock, Murphy and Ughetta, JJ. Motion for reargument or for other relief denied, without costs. Present — MacCrate, Acting P.J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 1058.]

∎

ALFRED TORELLI et al., Respondents, v. CORINNE C. WATERMAN, Appellant.— Motions for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See *post,* p. 1184.]

∎

D. ALPER CO., INC., Doing Business as LONG ISLAND BEAM Co., Respondent, v. MONTAN EXPORT, N.V., Appellant, et al., Defendant.— Appeal from an order denying appellant's motion to open its default in pleading and appearing, and for other relief. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

∎

MYERS E. BAKER, Appellant, v. MAL DEITCH et al., Respondents.— In an action to recover brokerage commissions, plaintiff appeals from a judgment in favor of defendants dismissing the complaint, entered after a trial before the court without a jury. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P.J., Wenzel, MacCrate, Beldock and Ughetta, JJ.